Calvin Ruffin MALLORY,
Plaintiff–Appellant,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS, Defendant–Appellee.

No. 14–2326.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 12, 2015.

Decided: March 16, 2015.

Calvin Ruffin Mallory, Appellant Pro Se.

Before GREGORY, DIAZ, and HARRIS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Ruffin Mallory seeks to appeal the district court's order dismissing without prejudice his complaint against the Virginia Department of Corrections as vague and conclusory. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Mallory seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*